**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| The Litebook Company, Ltd.<br><br>PLAINTIFF(S)<br>v.<br><br>Genexus, LLC.<br><br>DEFENDANT(S) | CASE NUMBER<br><br>CV12-9221 JFW(CWx)<br><br>**ORDER TO TRANSFER PATENT CASE TO THE PATENT PILOT PROGRAM** |

    IT IS HEREBY ORDERED that the above-entitled case be transferred to the Patent Pilot Program pursuant to General Order 11-11 for all further proceedings.

11/8/12                                          John F. Walter /s/
Date                                             United States District Judge

**NOTICE TO COUNSEL FROM CLERK**

    This case has been reassigned to Judge  John A. Kronstadt  for all further proceedings. On all documents subsequently filed in this case, please substitute the initials  JAK  after the case number, so that the case number will read  CV12-09221 JAK (CWx) . This is very important because documents are routed to the assigned judge by means of these initials.

    Traditionally filed subsequent documents must be filed at the  ☒ Western  ☐ Southern  ☐ Eastern Division. Failure to file at the proper location will result in your documents being returned to you.

*cc:*  ☒ *Previous Judge*
CV-128 (09/11)          ORDER TO TRANSFER PATENT CASE TO THE PATENT PILOT PROGRAM